**JESSE S. KAPLAN    CSB#103726**
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

**Attorney for Plaintiff**
**ALICIA SEDORIS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| ALICIA SEDORIS,<br><br>        Plaintiff,<br><br>    v.<br><br>Kilolo Kijakazi,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant.                                        / | No.   2:21-cv-00767-CKD (SS)<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |

   Plaintiff Alicia Sedoris, through her undersigned counsel, moves the Court for an extension of time to February 14, 2022, to file her reply brief.

   This is a first request made early because plaintiff's counsel already has briefs due both before and immediately after what would be the due date based on the filing date of the cross-motion (1/18/2022). Opposing counsel has been contacted and does not object. Aside from these intervening briefs, plaintiff's counsel's administrative practice in this field will require preparing

at least four prehearing briefs and an Appeals Council brief and appearing at three hearings prior to the proposed date a little over two weeks from today.

Dated:   January 27, 2022                    /s/    *Jesse S. Kaplan*
                                             JESSE S. KAPLAN
                                             Attorney for Plaintiff

## ORDER

For good cause shown, the requested extension of plaintiff's time to file a reply brief (ECF No. 15) is GRANTED. Plaintiff's brief is due February 14, 2022.

SO ORDERED.

Dated:  January 28, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE