UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA SEDORIS,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No.  2:21-cv-00767 KJM CKD (SS)<br><br><br><br>ORDER |

     Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability and disability insurance benefits ("DIB") under Title II of the Social Security Act ("Act").  On August 26, 2022, the magistrate judge filed findings and recommendations, which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued August 26, 2022 are adopted in full;

2. Plaintiff's motion for summary judgment (ECF No. 13) is denied;

3. The Commissioner's cross-motion for summary judgment (ECF No. 14) is granted;

4. Judgment is entered for the Commissioner; and

5. This case is close.

DATED: November 6, 2022.

CHIEF UNITED STATES DISTRICT JUDGE